**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02250-BNB

FRANKIE L. MCCONNELL,

    Plaintiff,

v.

MICHELLE ABEYTA,
JOHN SCOLERI, and
LAURIE TOFOYA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's amended complaint (ECF No. 6) filed on October 3, 2012. The amended complaint fails to comply with the order of September 4, 2012, and therefore will not be considered. However, Plaintiff requests an extension of time to file her amended complaint on the proper, Court-approved form. Therefore, the Court will GRANT Plaintiff's request for an extension of time.

    Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit an amended complaint that complies with all the particulars of the September 4 order. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the form she needs to submit the amended Prisoner Complaint. Failure to submit within the time allowed an amended Prisoner Complaint that complies with the September 4 order will result in the dismissal of the instant action.

Dated: November 1, 2012